**AFFINITY LABS OF TEXAS, LLC, Plaintiff–Cross Appellant,**

v.

**HYUNDAI MOTOR AMERICA, INC., Hyundai Motor Manufacturing Alabama LLC, and Kia Motors America, Inc., Defendants–Appellants.**

**Affinity Labs of Texas, LLC, Plaintiff–Appellee,**

v.

**Volkswagen Group of America, Inc., Defendant–Appellant.**

Nos. 2011–1350, 2011–1386, 2011–1365.

United States Court of Appeals, Federal Circuit.

Jan. 10, 2012.

Louis Norwood Jameson, Matthew C. Gaudet, Duane Morris LLP, Atlanta, GA, Brian McQuillen, Duane Morris LLP, New York, NY, Kristina Caggiano, Duane Morris LLP, Washington, DC, for Plaintiff–Cross Appellant.

Patricia A. Millett, Jin–Suk Park, Troy D. Cahill, Emily Curtis Johnson, Amanda R. Johnson, John Wittenzellner, Akin, Gump, Strauss, Hauer, Washington, DC, Steven M. Zager, Akin, Gump, Strauss, Hauer, New York, NY, for Defendants–Appellants.

Michael J. Lennon, Mark A. Hannemann, Kenyon & Kenyon LLP, New York, NY, Susan A. Smith, Kenyon & Kenyon LLP, Washington, DC, for Defendant–Appellant.

## ON MOTION

### *ORDER*

Upon consideration of Hyundai Motor America, Hyundai Motor Manufacturing Alabama LLC, and Kia Motors America, Inc.'s, and Affinity Labs of Texas, LLC's "Joint Stipulation of Voluntary Dismissal," which the court treats as a motion to voluntary dismiss the appeals from case no. 08–CV–00164 (E.D.Tex),*

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs in 2011–1350, –1386.

(3) The revised official caption is reflected above in case no. 2011–1365.

* This voluntary dismissal relates only to case numbers 2011–1350 and 2011–1386, and has

no effect on pending appeal number 2011–1365.